UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | |
| JORGE RICARDO BARDALES BOURDET<br>    a/k/a Jota, | MAGISTRATE JUDGE<br>ALAN KAY |
| ERIK DONAIRE CONSTANZA BRAN, | |
| EDGAR ANTONIO CHIU SERRANO, | |
| JUAN DANIEL DEL CID MORALES<br>    a/k/a Ovidio Fajardo Aladana, | |
| JUAN DOE<br>    a/k/a Edwin Renee Sapon Ruiz | |
| **Defendants** | |

### MOTION TO SEAL

Now comes the United States, by and through its attorney, and moves this Court for an order placing the indictment, warrants for arrest, and related documents in this case under seal. In support, the government alleges the following:

The indictment has been returned as part of a lengthy undercover narcotics investigation in Central America. The investigation is itself sensitive and dangerous. As far as investigators know, the individuals indicted do not know that they have been investigated or charged. They are not in custody.

The investigation is continuing. Public disclosure of case filings increases security issues for witnesses and the possibility that the defendants would evade arrest. Courts have recognized

the need for secrecy under such circumstances. See *Washington Post v. Robinson*, 935 F.2d 282 (D.C. Cir. 1991).

The government also requests the ability to disclose the indictment, warrants for arrest and related documents to any law enforcement officials participating in this case, especially as necessary for law enforcement purposes.


KENNETH BLANCO, CHIEF
Narcotic and Dangerous Drug Section
U.S. Department of Justice
1400 New York Avenue, N.W.
Washington, D.C.   20005


by: _____
    Michael Mota
    Paul Laymon
    Trial Attorneys
    U.S. Department of Justice
    Washington, D.C.

    202-514-5540