```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA        :
                                :
            -v-                 :     CRIMINAL NO. 06-248
                                :       Judge Bates/Robinson

Jorge Ricardo Bardales Bourdet
 et al.
            Defendants.          :

### O R D E R

_____Upon consideration of the Government's Motion to Detain the defendants now befoe the court, that is, Erik Donaire Constanza Bran, Juan Daniel Del Cid Morales, and Alvaro Rene Augustin Mejia (indicted as Juan Doe),

ORDERED, this ____ day of October, 2006, that the Motion to Detain is granted as to all three defendants now before the court.  Probable cause having been established that the defendants violated a controlled substances offense which triggers the rebuttable presumption of 18 U.S.C. Section 3142, and the presumption not having been rebutted, the court finds that there is no condition or combination of conditions which would reasonably assure the safety of the community and the appearance of the defendants as required.

SO ORDERED.                                           _____

_____        UNITED STATES DISTRICT COURT
                                        MAGISTRATE JUDGE

DATE: _____

cc:   Paul Laymon, Trial Attorney
      Narcotic and Dangerous Drug Section
      Criminal Division
      U.S. Department of Justice
      1400 New York Avenue, NW, Room 8414
      Washington, D.C. 20530
      (202) 514-1286