UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 6 - 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,
    Plaintiff,

v.

JORGE RICARDO BARDALE BOURDET
also known as Jota,
ERIK DONAIRE CONSTANZA BRAN,
EDGAR ANTONIO CHIU SERRANO,
JUAN DANIEL DEL CID MORALES,
also known as Ovidio Fajardo Aldana,
JUAN DOE,
also known as Edwin Renee Sapon Ruiz,
    Defendants.

Criminal Action No. 06-248 (JDB)

## SCHEDULING ORDER

   The United States has filed a motion for a six-month continuance and asks the Court to exclude that time for purposes of the Speedy Trial Act of 1974, 18 U.S.C. § 3161. Defendants do not oppose a ninety-day extension of time. Upon consideration of the government's motion, and pursuant to the conference with the Court held on this date, it is this <u>6th</u> day of <u>November</u>, 2006, hereby

   **ORDERED** that the plaintiff's motion is **GRANTED** in part; and it is further

   **ORDERED** that this action will be continued for a period of ninety (90) days on the government's motion; and it is further

   **ORDERED** that the interests and ends of justice are best served and outweigh the interests of the public and the defendants in a speedy trial, and pursuant to the provisions of the

Speedy Trial Act of 1974, the time from November 6, 2006, to February 5, 2007, shall be excluded in computing the date for speedy trial in this case. It is further

    **ORDERED** as follows:

1. The government shall produce to defendants all additional discovery material presently known to it by not later than December 6, 2006.

2. Defendants shall file all pretrial motions in this action by not later than January 5, 2007; the government shall file oppositions thereto by not later than January 22, 2007; and defendants shall file any replies by not later than February 9, 2007.

3. The government shall file any further motion to exclude time for purposes of the Speedy Trial Act by not later than January 22, 2007; defendants shall file oppositions thereto by not later than January 30, 2007; and the government shall file any reply by not later than February 5, 2007.

4. The parties shall appear for a status conference with the Court at 9:00 a.m. on January 25, 2007.

    **SO ORDERED.**

                                                  /s/ John D. Bates
                                                  JOHN D. BATES
                                              United States District Judge