UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 06-248 (JDB)** |
| v. : | |
| : | |
| **ERIC CONSTANZA-BRAN** : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the U.S. Department of Justice, Criminal Division, Narcotic and Dangerous Drug Section, hereby submits a notice of appearance for Trial Attorneys Kia M. Habisreitinger and Brian Tomney in the above-captioned matter.

Respectfully submitted,

 /s/ Kia M. Habisreitinger
Kia M. Habisreitinger, Trial Attorney
U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W
Washington, D.C.  20005
Phone:  (202) 616-3234
Fax:     (202) 514-0483
E-mail: Kia.Habisreitinger@usdoj.gov

 /s/ Brian Tomney
Brian Tomney, Trial Attorney
U.S. Department of Justice
Narcotic and Dangerous Drug Section
1400 New York Avenue, N.W
Washington, D.C.  20005
Phone:  (202) 307-1383
Fax:     (202) 514-6112
E-mail: Brian.Tomney@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 29TH day of June, 2007, I electronically filed this notice of appearance and sent a copy via e-mail to attorneys for the defendant, Dani Jahn and Carlos Vanegas.

                                                */s/ Kia M. Habisreitinger*
                                                Kia M. Habisreitinger