UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-248  (JDB) |
| | : | |
| | : | GRAND JURY ORIGINAL |
| | : | |
| v. | : | VIOLATIONS : |
| | : | |
| | : | 21 U.S.C. Sections 963, 952, and 960 |
| JORGE RICARDO BARDALES- | : | (Conspiring to Import Five Kilograms |
| BOURDET | : | or More of Cocaine into the United |
| a.k.a. Jota | : | States) |
| | : | |
| ERIK DONAIRE CONSTANZA-BRAN | : | |
| | : | 21 U.S.C. Sections 963,959, and 960 |
| EDGAR ANTONIO CHIU SERRANO | : | (Conspiracy to Distribute Five |
| | : | Kilograms or More of Cocaine |
| JUAN DANIEL DEL CID MORALES | : | Knowing or Intending that It Would Be |
| a.k.a. Ovidio Fajardo Aldana | : | Unlawfully Imported into the United |
| | : | States) |
| | : | |
| and, | : | 18 U.S.C. Section 2 |
| | : | (Aiding and Abetting) |
| ALVARO AUGUSTIN  MEJIA | : | |
| a.k.a. Edwin Renee Sapon Ruiz, | : | 21 U.S.C. Sections 853 and 970 |
| | : | (Asset Forfeiture) |

Defendants.


SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT I

From in or about April 2006 through on or about September 27, 2006, in

Guatemala, El Salvador, Panama, and elsewhere, the defendants **Jorge Ricardo Bardales-Bourdet, a.k.a. "Jota", Erik Donaire Constanza-Bran, Edgar Antonio Chiu Serrano, Juan Daniel Del Cid Morales, a.k.a. "Ovidio Fajardo Aldana", and Alvaro Augustin Mejia, a.k.a. "Edwin Renee Sapon Ruiz",** and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree to commit the following offenses against the United States: (1) knowingly and intentionally import five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, into the United States from Guatemala, Mexico, and elsewhere, in violation of Title 21, United States Code, Sections 963, 952, and 960; and (2) knowingly and intentionally manufacture and distribute five kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending and knowing that such substance would be unlawfully imported into the United States, in violation of Tile 21, United States Code, Sections 963, 959, and 960.

(Conspiracy to Import Five Kilograms or More of Cocaine into the United States, and Conspiracy to Manufacture and Distribute Five Kilograms or More of Cocaine, Knowing and Intending that It would be Imported into the United States, in violation of Title 21, United States Code, Sections 963, 952, 959, and 960, and Aiding and Abetting in violation of Title 18, United States Code, Section 2)

## FORFEITURE ALLELGATION

The violations alleged in Count One are realleged and incorporated by reference.

As a result of the offenses alleged in Count One, the defendants **Jorge Ricardo Bardales-Bourdet, a.k.a. "Jota", Erik Donaire Constanza-Bran, Edgar Antonio Chiu Serrano,  Juan Daniel Del Cid Morales, a.k.a. "Ovidio Fajardo Aldana", and Alvaro Augustin Mejia, a.k.a. "Edwin Renee Sapon Ruiz"**, shall forfeit to the United

States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all

respective right, title, or interest which such defendants may have in (1) any and all

money and /or property constituting, or derived from any proceeds which such

defendants obtained, directly or indirectly, as the result of the violations alleged in Count

One of this Indictment; and (2) any and all property used, in any manner or part, to

commit, or to facilitate the commission of the violations alleged in Count One of this

Indictment.

    If any of said forfeitable property, as a result of any act or omission of the

defendants,  (a) cannot be located upon the exercise of due diligence; (b) has been

transferred or sold to, or deposited with a third party; (c) has been placed beyond the

jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has

been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section

853(p), to seek forfeiture of any other property of the defendants up to the value of the

said property.  Criminal Forfeiture, in violation of Title 21, United States Code,

Sections 853 and 970.

        (Criminal Forfeiture, in violation of Title 21, United States Code, Sections
         853 and 970)

                        A TRUE BILL:

                        _____
                        FOREPERSON

Kenneth A. Blanco
Chief
Narcotic and Dangerous Drug Section
Department of Justice
Washington, DC  20005


By:  _____
Brian M. Tomney
Trial Attorney
Narcotic and Dangerous Drug Section
202-514-1286/202-514-0920